IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG and BAYER PHARMACEUTICALS CORPORATION, </br></br> Plaintiffs, </br></br> v. </br></br> TEVA PHARMACEUTICALS USA, INC., </br></br> Defendant. | ) ) ) ) ) ) ) Civil Action No. _____ ) ) ) ) ) ) |

## PLAINTIFFS BAYER HEALTHCARE AG AND BAYER PHARMACEUTICALS CORPORATION'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Bayer HealthCare AG, a nongovernmental corporate party organized and existing under the laws of the Federal Republic of Germany, states that Bayer HealthCare AG is a wholly-owned subsidiary of Bayer AG.

In addition, pursuant to Rule 7.1 of the Federal Rules of Rules of Civil Procedure, Bayer Pharmaceuticals Corporation, a nongovernmental corporate party organized and existing under the laws of the State of Delaware, states that Bayer Pharmaceuticals Corporation is a wholly-owned subsidiary of Bayer Corporation, which is a wholly-owned subsidiary of Bayer AG.

|  |  |
|---|---|
| OF COUNSEL:<br>Bruce R. Genderson<br>Adam L. Perlman<br>David I. Berl<br>Dov P. Grossman<br>Stanley E. Fisher<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>(202) 434-5000<br>(202) 434-5029 (Facsimile) | /s/ Frederick L. Cottrell, III<br>Frederick L. Cottrell, III (#2555)<br>Cottrell@rlf.com<br>Jeffrey L. Moyer (#3309)<br>Moyer@rlf.com<br>Anne Shea Gaza (#4093)<br>Gaza@rlf.com<br>Richards, Layton & Finger P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>(302) 651-7701 (Facsimile)<br>*Attorneys for Plaintiffs Bayer HealthCare AG and Bayer Pharmaceuticals Corporation* |

Dated: April 5, 2007