# United States District Court

District Of Delaware

| | | |
|---|---|---|
| BAYER HEALTHCARE AG and<br>BAYER PHARMACEUTICALS<br>CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS<br>USA, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER:  07 - 195 |

TO:  Teva Pharmaceuticals USA, Inc.
      c/o Corporate Creations Network, Inc.
      1308 Delaware Avenue
      Wilmington, DE 19806

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEYS

Frederick L. Cottrell, III, Esquire
Jeffrey L, Moyer, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899
(302) 651-7700

an answer to the complaint which is herewith served upon you, within <u>twenty (20) days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| Peter T. Dalleo | APR 0 5 2007 |
|---|---|
| CLERK | DATE |
| *[signature]* Evette Waters | |
| (By) DEPUTY CLERK | |

RLF1-3135571-1

• AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 4/5/07 |
| NAME OF SERVER (PPJNT) KEVIN DUNN | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: TEVA PHARMACEUTICALS USA, INC. C/O CORPORATE CREATIONS NETWORK, INC AT 1308 DELAWARE AVE. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MEEDRA SURRATTE

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/5/07
          Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure