## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG and BAYER PHARMACEUTICALS CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 07-195-SLR<br>)<br>) |
| TEVA PHARMACEUTICALS USA, INC., | )<br>) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearances of Richard D. Kirk and Ashley B. Stitzer on behalf of defendant Teva Pharmaceuticals USA, Inc.


April 23, 2007                    THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
Ashley B. Stitzer (#3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com
(302) 655-5000

Counsel for Defendant,
TEVA PHARMACEUTICALS USA, INC.

652574-1