IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC., and ALCON MANUFACTURING, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | Civil Action No. 06-234-SLR |
| BAYER HEALTHCARE AG and BAYER PHARMACEUTICALS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | Civil Action No. 07-195-SLR |

**JOINT MOTION TO CONSOLIDATE ACTIONS**

Plaintiffs Bayer HealthCare AG ("BHC"), Bayer Pharmaceuticals Corporation ("BPC"), Alcon, Inc. and Alcon Manufacturing, Ltd. (collectively, "Alcon"), and Defendant Teva Pharmaceuticals USA, Inc. ("Teva") hereby jointly move to consolidate for all purposes *Bayer HealthCare AG, Alcon, Inc., and Alcon Manufacturing, Ltd. v. Teva Pharmaceuticals USA, Inc.*, No. 06-234-SLR and *Bayer Healthcare AG and Bayer Pharmaceuticals Corporation v. Teva Pharmaceuticals USA, Inc.*, No. 07-195-SLR, which are currently pending before the Court. It is respectfully suggested that consolidation of these actions will expedite resolution of the two

cases, eliminate unnecessary duplication in discovery, and most efficiently utilize judicial resources, with no undue inconvenience, delay, or expense to any party. Consolidation should be ordered for the following reasons:

1. Both Case No. 06-234-SLR and Case No. 07-195-SLR are actions for patent infringement under the Hatch-Waxman Act;

2. BHC is a plaintiff in both actions and Teva is the defendant in both actions;

3. Both suits involve claims of infringement by Teva of the same two U.S. patents owned by BHC, U.S. Patent Nos. 4,990,517 ("the '517 patent") and 5,607,942 ("the '942 patent"), based on Teva's filing of Abbreviated New Drug Applications seeking to sell drug products containing moxifloxacin, with Case No. 07-195-SLR involving moxifloxacin tablets and No. 06-234-SLR involving an ophthalmic eye drop solution containing moxifloxacin. Teva claims that the pertinent claims of these two patents are invalid and/or not infringed;

4. There will be significant overlap of the discovery taken, both in terms of document production and fact and expert witness depositions, as well as significant overlap in the issues presented at trial, in the two cases;

5. Therefore, it would be most efficient and economical for discovery and trial of Case No. 06-234-SLR and Case No. 07-195-SLR to be consolidated for all purposes; and

6. The parties agree that Case No. 07-195-SLR should proceed on the schedule already set forth in the Scheduling Order from Civil Action No. 06-234-SLR.

Accordingly, pursuant to Federal Rule of Civil Procedure 42(a), the parties hereby request that the Court enter an order, substantially in the form attached hereto as Exhibit A to consolidate Case No. 06-234-SLR and Case No. 07-195-SLR for all purposes, and further

request that the two cases be litigated and decided according to the Scheduling Order entered in Case No. 06-234-SLR (D.I. 21).

| | |
|---|---|
| *Anne Shea Gaza* (signature) | /s/ Richard D. Kirk |
| Frederick L. Cottrell, III (#2555) | Richard D. Kirk (#922) |
| Cottrell@rlf.com | rkirk@bayardfirm.com |
| Jeffrey L. Moyer (#3309) | Ashley B. Stitzer (#3891) |
| Moyer@rlf.com | astitzer@bayardfirm.com |
| Anne Shea Gaza (#4093) | The Bayard Firm |
| Gaza@rlf.com | 222 Delaware Ave., Suite 900 |
| Richards, Layton & Finger, P.A. | P.O. Box 25130 |
| One Rodney Square | Wilmington, DE 19899 |
| 920 North King Street | 302-429-4242 |
| Wilmington, DE 19801 | *Attorneys for Defendant* |
| 302-651-7700 | |
| *Attorneys for Plaintiffs* | Of Counsel: |
| | |
| Of Counsel: | Bruce M. Gagala |
| | M. Daniel Hefner |
| Bruce R. Genderson | Bryan A. Garcia |
| Adam L. Perlman | Leydig, Voit & Mayer, Ltd. |
| Dov P. Grossman | Two Prudential Plaza |
| David I. Berl | 180 N. Stetson Avenue |
| Aaron P. Maurer | Suite 4900 |
| Williams and Connolly | Chicago, IL 60601 |
| 725 Twelfth Street, N.W. | |
| Washington, DC 20005 | Dated: April 27, 2007 |
| | |
| Dated: April 27, 2007 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYER HEALTHCARE AG, ALCON, INC., and ALCON MANUFACTURING, LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-234-SLR |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendant. | ) ) | |
| BAYER HEALTHCARE AG and BAYER PHARMACEUTICALS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-195-SLR |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the Consent Motion to Consolidate Actions, **IT IS HEREBY ORDERED** that:

1. The above-captioned actions shall be consolidated for all purposes including all pretrial and trial matters;

2. Papers submitted in this consolidated litigation shall be filed and docketed solely in C.A. No. 06-234-SLR; and

RLF1-3144710-1

3. All filings in this consolidated litigation shall bear the following consolidated caption:

| | |
|---|---|
| BAYER HEALTHCARE AG, ALCON, INC., and ALCON MANUFACTURING, LTD., <br><br>  Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br>  Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 06-234-SLR ) ) ) ) ) |

SO ORDERED this _____ day of _____, 2007.

_____
Hon. Sue L. Robinson, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April 2007, I caused a true and correct copy of the foregoing Consent Motion to Consolidate Actions to be served on Defendant Teva Pharmaceuticals USA, Inc. by the manner indicated below:

VIA HAND-DELIVERY:

Richard D. Kirk
Ashley B. Stitzer
THE BAYARD FIRM
222 Delaware Ave., Suite 900
P.O. Box 25130
Wilmington, DE 19899

VIA FEDERAL EXPRESS:

Bruce M. Gagala
M. Daniel Hefner
Bryan A. Garcia
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Avenue, Ste 4900
Chicago, IL 60601

Anne Shea Gaza (#4093)
Gaza@rlf.com

RLF1-3144710-1