IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAYER HEALTHCARE AG, ALCON, INC., and ALCON MANUFACTURING, LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-234-SLR |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendant. | ) ) | |
| BAYER HEALTHCARE AG and BAYER PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-195-SLR |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the Consent Motion to Consolidate Actions, **IT IS HEREBY ORDERED** that:

1. The above-captioned actions shall be consolidated for all purposes including all pretrial and trial matters;

2. Papers submitted in this consolidated litigation shall be filed and docketed solely in C.A. No. 06-234-SLR; and

RLF1-3144710-1

3.. All filings in this consolidated litigation shall bear the following consolidated caption:

| | | |
|---|---|---|
| BAYER HEALTHCARE AG, ALCON, INC., and ALCON MANUFACTURING, LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-234-SLR |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendant. | ) | |

SO ORDERED this _11th_ day of _May_, 2007.

_____
Hon. Sue L. Robinson, U.S.D.J.

RLF1-3144710-1