IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER HEALTHCARE AG and BAYER PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 07-195-SLR<br>)<br>)<br>)<br>)<br>) |

**WITHDRAWAL OF APPEARANCE**

PLEASE WITHDRAW the appearance of Brian A. Garcia, formerly of Leydig, Voit & Mayer, Ltd., on behalf of defendant Teva Pharmaceuticals USA, Inc. Counsel may remove Mr. Garcia from any service lists.

September 21, 2007

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
Ashley B. Stitzer (#3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com
(302) 655-5000

Counsel for Defendant,
TEVA PHARMACEUTICALS USA, INC.

670956-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 21, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Rudolf E. Hutz, Esquire
Jeffrey B Bove, Esquire
Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand on September 21, 2007 to the above counsel.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

663847-1